# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER, | 1:10-cv-01210-GSA-PC |
| Plaintiff, | ORDER RESPONDING TO PLAINTIFF'S NOTICE REGARDING SERVICE OF PROCESS |
| v. | (Doc. 5.) |
| CAPTAIN JENNINGS, et al., | |
| Defendants. | |

Samuel Kenneth Porter ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on July 6, 2010.  (Doc. 1.) On July 30, 2010, plaintiff filed a notice informing the court that he is unable to mail a copy of the complaint to the defendants.  (Doc. 5.)

It is not yet time for service of process in this action.  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).   With respect to service, the court will, *sua sponte*, issue an order directing service only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. Plaintiff can rest assured that he will receive all orders issued in his case as long as he keeps the court apprised of his current address.  Accordingly, plaintiff is not required to serve a copy of the complaint upon the defendants at this stage of the proceedings.

IT IS SO ORDERED.

**Dated:   August 2, 2010** 	**/s/ Gary S. Austin**

1    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28