1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9              EASTERN DISTRICT OF CALIFORNIA

10

11   SAMUEL KENNETH PORTER,              1:10-cv-01210-GSA-PC

12              Plaintiff,              ORDER DISMISSING ACTION WITHOUT
                                        PREJUDICE FOR FAILURE TO PAY FILING
13        v.                            FEE OR FILE APPLICATION TO PROCEED
                                        IN FORMA PAUPERIS
14   CAPTAIN JENNINGS, et al.,
                                        (Doc. #3)
15              Defendants.
                                    /
16

17        Plaintiff, proceeding pro se, filed this civil action on July 6, 2010.  (Doc. 1.)  On July 27,

18   2010, Plaintiff consented to the jurisdiction of a United States Magistrate Judge in this action, and

19   no other parties have made an appearance.  (Doc. 4.)  Therefore, pursuant to Appendix A(k)(4) of

20   the Local Rules of the Eastern District of California, the undersigned shall conduct any and all

21   proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule

22   Appendix A(k)(3).

23        Plaintiff did not pay the $350.00 filing fee in full or file an application to proceed in forma

24   pauperis, and on July 9, 2010, the Court ordered Plaintiff to do so within forty-five days.  More than

25   forty-five days have passed and Plaintiff has not complied with or otherwise responded to the Court's

26   order.  Plaintiff was warned that failure to obey the order would result in dismissal of the action.

27        A civil action may not proceed absent the submission of either the filing fee or an application

28   to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915.  Because Plaintiff has submitted neither and

1

has not responded to the Court's order to do so, dismissal of this action is appropriate.  In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee or file an application to proceed in forma pauperis.


IT IS SO ORDERED.

**Dated:    September 9, 2010**                    **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE